UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICINE MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONTINENTAL CASUALTY INSURANCE,<br><br>　　　　　Defendant. | Case No. 25-cv-09553-JSC<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. Nos. 14, 15 |

Plaintiff filed this putative class action against Defendant in state court and alleged violations of the California Business & Professions Code. (Dkt. No. 3 at 9-18.)[1] Defendant removed the case to this Court based on diversity jurisdiction. (*Id.* at 1-7.) Because Defendant had not shown the amount in controversy exceeded the jurisdictional threshold, the Court ordered Defendant to show cause why this action should not be remanded for lack of subject matter jurisdiction. (Dkt. No. 14.) *See Urbino v. Orkin Servs. of Cal., Inc.*, 726 F.3d 1118, 1121-22 (9th Cir. 2013) ("Where, as here, it is unclear or ambiguous from the face of a state-court complaint whether the requisite amount in controversy is pled, the removing defendant bears the burden of establishing, by a preponderance of the evidence, that the amount in controversy exceeds the jurisdictional threshold." (cleaned up)). Defendant responded: "After reviewing the Court's order and in light of Plaintiff's previously expressed willingness to stipulate to remand, Defendant does not oppose remand of this action to state court." (Dkt. No. 17 at 2.)

The Court therefore REMANDS the case to the Superior Court of the State of California for the County of San Francisco. The Court further orders that the Court file in this case be

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

1  transferred by the clerk of this Court to the clerk of the State Court, along with a certified copy of
2  this Order of Remand.  The State Court may thereupon proceed with this case.
3      This Order disposes of Docket No. 15.
4  **IT IS SO ORDERED.**
5  Dated: December 8, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge

2